Case 4:19-cv-03137   Document 19   Filed on 09/17/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 18, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CYNTHIA CLARK, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-3137 |
| KUIFS PETROLEUM, L.P., *et al*, | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed on September 16, 2020 (Doc. No. 18) this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED at Houston, Texas, this __17th__ day of September 2020.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE